**FILED**
June 25, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> REBECCA BANDERA-MARTY, ) <br> ) <br> Defendant. ) | Case No. 2:13-cr-00217-TLN <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release REBECCA BANDERA- MARTY, Case No. 2:13-cr-00217-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $ 50,000.00  .

   _X_   Co-Signed Unsecured Appearance Bond by her parents.

   \_\_\_\_   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) Bond documents to be provided no later than 7/3/2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/25/2013   at  3:05 p.m

By _____
Edmund F. Brennan
United States Magistrate Judge