FILED
June 25, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:13-cr-00217-TLN
Plaintiff, )
v. )
)   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
REBECCA BANDERA-MARTY, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release REBECCA BANDERA- MARTY, Case No. 2:13-cr-00217-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $ 50,000.00 .

   _X_   Co-Signed Unsecured Appearance Bond by her parents.

   ____   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) Bond documents to be provided no later than 7/3/2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _6/25/2013_ at _3:05 p.m_

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge