KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for REBECCA BANDERA-MARTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 13-CR-0217KJM |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) PRETRIAL RELEASE CONDITION; |
| v. | ) [PROPOSED] FINDINGS AND |
| | ) ORDER |
| | ) |
| REBECCA BANDERA-MARTY | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Magistrate: Carolyn K. Delaney |

## STIPULATION

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that Rebecca Bandera-Marty be released from the pretrial supervision condition that states, "You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer."  All other conditions of her pretrial release are to remain in full force and effect, and her passport shall remain in the custody of the clerk of the court.  This recommendation is being made due to Ms. Bandera-Marty's diligent compliance with pretrial supervision, and her personal child-

care issues which interfere with her ability to maintain regular employment.

IT IS SO STIPULATED.

Dated:  December 5, 2014          Respectfully submitted,

                                  /s/ Kelly Babineau
                                  KELLY BABINEAU
                                  Attorney for Rebecca Bandrea-Marty


Dated: December 5, 2014           /s/ Matthew Segal
                                  Kelly Babineau for:
                                  MATTHEW SEGAL
                                  Assistant U.S. Attorney


Dated: December 5, 2014           /s/ Darryl Walker
                                  Kelly Babineau for:
                                  DARRYL WALKER
                                  U.S. Pretrial Release Officer

**O R D E R**

1
2
3
4   IT IS SO FOUND AND ORDERED
5   Dated:  December 12, 2014
        _____
6       CAROLYN K. DELANEY
        UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28