PHILLIP A. TALBERT
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
ERIN S. MELLEN
ANDREA A. KAFKA
Trial Attorneys, Department of Justice, Tax Division
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAMELA HARRIS AND<br>REBECCA BANDERA-MARTY,<br><br>　　　　　　Defendants. | CASE NO. 2:13-CR-217 KJM<br><br>PROPOSED ORDER FOR RESTITUTION<br><br>DATE: MAY 3, 2017<br>TIME: 9:00 A.M.<br>COURT: Hon. Kimberly J. Mueller |

## **RESTITUTION ORDER**

Pursuant to the plea agreement and in accordance with 18 U.S.C. § 3663(a)(3), defendants PAMELA HARRIS and REBECCA BANDERA-MARTY must make restitution to the Internal Revenue Service in the amounts listed below.

The total amount of restitution the defendants shall make to the Internal Revenue Service consists of the following:

| Taxpayer Name | Tax Year | Total Restitution Due (excluding interest) |
|---|---|---|
| SHIELDS, SHERRIE A | 2005 | 70,187.20 |

RESTITUTION ORDER

| | | |
|---|---|---|
| LAKE, WAYNE R & CYNTHIA | 2005 | 62,689.60 |
| SORENSEN, GARY L & SUZANNE | 2005 | 14,228.89 |
| LUTZ, LEONARD A & ANN P | 2005 | 11,135.46 |
| SIMONSON, KIRSTEN L | 2006 | 579,956.24 |
| MARTY, MICHAEL K & JESSICA K | 2006 | 364,011.84 |
| STOWE, CINDY V | 2006 | 373,023.99 |
| SHIELDS, SHERRIE A | 2006 | 112,003.02 |
| BUCKLEY, SARA E | 2006 | 55,314.85 |
| POTTER, DEREK & KATHERINE | 2006 | 55,296.45 |
| GIBNEY, PETER & ELAINE | 2007 | $83,513.46 |
| JULISON, MILES J & KATIE L | 2007 | 404,571.00 |
| CROSMAN, JANET L | 2007 | 323,014.13 |
| DIETZENBACH, TERESA A | 2007 | 351,398.91 |
| TINGLER, CHARLES J & VICTORIA M | 2007 | 340,690.29 |
| CARLSON, JON | 2007 | 80,241.55 |
| GIESKING, DARYL B | 2007 | 310,261.58 |
| ELLIS, MARK T & SUSAN D | 2007 | 279,935.56 |
| ROBERTSON, ROBERT E & ESTHER L | 2007 | 91,122.68 |
| MARTY, MICHAEL K & JESSICA K | 2007 | 288,813.52 |
| MARTY, MICHAEL J & TERESA M | 2007 | 277,832.00 |
| POTIKER, JODY | 2007 | 86,436.01 |
| GRANT, GARY G & RENEE R | 2007 | 111,945.48 |
| WEISSKOPF, CAROL | 2007 | 228,394.31 |
| SIMONSON, JOSHUA M | 2007 | 92,349.68 |
| HESSER, PETER | 2007 | 118,927.70 |
| HELD, ROBERT & CARLA | 2007 | 151,149.65 |
| AZELTINE, TY | 2007 | 81,163.39 |
| VENTURA, ROBERT N | 2007 | 124,290.19 |
| SHIELDS, SHERRIE A | 2007 | 106,492.00 |
| RODRIGUEZ, RICHARD S & SHONNA | 2007 | 36,427.39 |
| BOWERS, DALE E & DOROTHY S | 2007 | 87,403.82 |
| MERCER, WILLIAM | 2007 | 80,397.00 |
| PROCTOR, CHARLES & JANICE | 2007 | 77,651.00 |
| COX, INGA J | 2007 | 63,679.00 |
| STENNES-COX, BARBARA E | 2007 | 62,957.00 |
| TORRES-FRACASSO, DIEGO | 2007 | 57,942.22 |
| HESSER, CHERYL L | 2007 | 20,059.84 |
| HARRIS, PAUL F & BARBARA C | 2007 | 1,936.44 |
| BAUM, KENT & ANN ROBERTS | 2007 | 23,327.00 |
| EMERY, DAVID A | 2007 | 4,931.00 |
| SIMONSON, KIRSTEN L | 2007 | 2,060.35 |
| LUTZ, LEONARD A & ANN P | 2007 | 2,916.00 |
| **Total** | | **$6,177,365.16** |

Defendants TERESA MARTY, PAMELA HARRIS, and REBECCA BANDERA-MARTY owe this restitution jointly and severally with the above-named taxpayers for the tax periods listed above.

Defendants Harris and Bandera-Marty shall make all restitution payments to

RESTITUTION ORDER

United States District Court for the Eastern District of California
Clerk's Office
Attn: Financial Section
501 I Street, 4-200
Sacramento, CA  95814

    The defendants shall include, with her payments to the District Court, her name and social security number, the District Court's docket number assigned to this case, the tax year(s) or period(s) for which restitution has been ordered, and a request that this information be sent, along with the payment(s), to the appropriate office of the Internal Revenue Service.  The Clerk's Office shall send the defendant's restitution payment(s), along with the information provided by the defendant, to the Internal Revenue Service at the following address:

IRS - RACS
Attn: Mail Stop 6261, Restitution
333 W. Pershing Ave.
Kansas City, MO 64108

    IT IS SO ORDERED this 5th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

RESTITUTION ORDER